IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **COURTROOM EXHIBIT LIST** |
| | ) | BEFORE: Richard G. Kopf |
| | ) | U.S. District Judge |
| v. | ) | Case No. 4:08cr3073 |
| | ) | Deputy: Jeri Bierbower |
| | ) | Reporter: Digital Recording |
| DOUGLAS M. WEST, | ) ) | |
| Defendant. | ) | |

Hearing type and date: Sentencing held 8/31/2009

| PLF | DFT | CRT | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | | 1 | Prosecution Synopsis - RESTRICTED | X | | X | | 8/31/09 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |